IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRADLEY WAYNE MINCHEY, ) | |
|     ID # 126071553, ) | |
|         Plaintiff, ) | |
| vs. ) | No. 3:20-CV-1110-G-BH |
| ) | |
| JOHNSON COUNTY CORRECTIONAL ) | |
| CENTER, ) | |
|         Defendant. ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the claims against the defendant will be dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b) for failure to state a claim, but the dismissal will be without prejudice to the prosecution of the plaintiff's prior action in this court against a different defendant, *Minchey v. LaSalle Southwest Corrections*, No. 3:20-CV-1066-E-BN (N.D. Tex.).

**SO ORDERED**.

June 16, 2020.

_____
A. JOE FISH
Senior United States District Judge